**James Joseph HAMILTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75777.**

Missouri Court of Appeals,
Western District.

Aug. 27, 2013.

James Joseph Hamilton, Appellant Pro se.

Jase C. Carter, for Respondent.

Before Division One: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge, and ANTHONY REX GABBERT, Judge.

*ORDER*

PER CURIAM:

James Joseph Hamilton appeals from the Circuit Court of Cole County's dismissal of his petition for declaratory relief. After a thorough review of the record, we conclude that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for

our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**